AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| BARBARA BLAKE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:25-CV-02747-TLP-TMP |
| FEDERAL EXPRESS CORPORATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Express Corporation                                                                                    .

Date:   09/10/2025

*Attorney's signature*: Kristen H. Prex

Kristen H. Prex
*Printed name and bar number*

Federal Express Corporation Legal Deptartment
1000 FedEx Drive
Moon Township, PA 15108

*Address*

kristen.prex@fedex.com
*E-mail address*

(878) 600-8826
*Telephone number*

(901) 434-9278
*FAX number*