## UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

---

BARBARA BLAKE,

     PLAINTIFF,                              2:25-cv 02747-TLP

V.

FEDERAL EXPRESS CORPORATION,

d/b/a/ FEDEX EXPRESS and d/b/a

FEDEX FREIGHT,

     DEFENDANT

---

### DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO ATTEND SCHEDULING CONFERENCE VIA MICROSOFT TEAMS VIDEO CONFERENCING

---

     Defendant Express Corporation (hereinafter "FedEx") appears by and through its undersigned counsel, and files the within Motion to Attend Scheduling Conference via Microsoft  Teams Video Conferencing and states as follows:

     1.     A notice was issued on August 27, 2025 by the Honorable Thomas L. Parker setting a Scheduling Conference for Friday, September 26, 2025 at 10:00 a.m.

     2.     FedEx is represented by Attorneys Karen McManus and Kristen Hock Prex.

     3.     Attorney McManus is domiciled in Memphis, Tennessee and will be out of town and, therefore, unable to attend the Scheduling Conference.

     4.     Attorney Prex is domiciled in Pittsburgh, Pennsylvania and can participate in the Scheduling Conference, however, she respectfully requests that she be able to attend remotely via Microsoft Teams Video Conferencing or some other remote means.

     WHEREFORE, FedEx respectfully requests that the Court grant leave for its counsel, Kristen Hock Prex, to appear by remote means at the Scheduling Conference.

     Respectfully submitted, this 19th day of September 2025.

s/Kristen Hock Prex
Kristen Hock Prex
FEDERAL EXPRESS CORPORATION
1000 FedEx Drive
Moon Township, PA 15108
878-600-8826
kristen.prex@fedex.com
AND
Karen Vaughan McManus
FEDERAL EXPRESS CORPORATION
Building B, Third Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125
(901) 434-8549
kvmcmanus@fedex.com
Counsel for Defendant
Federal Express Corporation