UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| **BARBARA BLAKE,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 2:25-cv-02747-TLP |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| d/b/a **FEDEX EXPRESS** and | ) |
| **FEDEX FREIGHT** | ) |
| | ) |
| DEFENDANT. | ) |

**NOTICE OF SERVICE OF PLAINTIFF'S
FEDERAL RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff Barbara Blake gives notice that she has served Plaintiff's Federal Rule 26(a)(1) Initial Disclosures on Thursday, October 9, 2025.

Respectfully submitted,

s/ *Steve Wilson*
Steve Wilson ((TN BPR#028460)
5100 Poplar Ave., Suite 2700
Memphis, TN 38137
Telephone: 901.337.1300
Email: steve@stevewilsonfirm.com


s/ John W. Simmons
John W. Simmons (Tenn. Bar No. 012248)
Simmons Law Firm, PLLC
8295 Tournament Drive Ste. 150
Memphis, TN 38125
Telephone: 901-496-8415
Email: jwadesimm850@outlook.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2025 an exact copy of the foregoing has been served upon the following counsel of record for Defendant via the Court's ECF filing system:

Karen Vaughan McManus (Tenn. Bar. No. 023426)
FEDERAL EXPRESS CORPORATION
Building B, Third Floor
3620 Hacks Cross Road
Memphis, Tennessee 38125
Telephone: (901) 434-8549
Email: kvmcmanus@fedex.com

Kristen Hock Prex
1000 FedEx Drive,
Moon Township, PA 15108
Telephone: 878-600-8826
Email: kristen.prex@fedex.com

*Attorneys for Defendant*

                                                        s/ John W. Simmons