UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

## MEDIATION CERTIFICATION

| Case number: 2:25-cv-2747 | Case title: Blake v. FedEx |
|---|---|
| Plaintiff counsel: Steve Wilson, John Simmons | |
| Defendant counsel: Karen McManus | |
| Presiding Judge: Parker | Mediator: Stephen L. Shields |

I, _Stephen L. Shields_, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on _February 11, 2026_.

As a result of that mediation held on _February 11, 2026_.

☐ The case has settled in whole.

　☐ Case settled prior to scheduling first mediation session.

　☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

---

☑ The case has not settled.

　☐ Mediation will continue on _____.

　☐ The parties may schedule another session at a later date.

　☑ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

---

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

| Date February 11, 2026 | Electronic signature of Mediator: s/ |
|---|---|