IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED
MAR 0 4 2026
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

IN RE: ORDER ASSIGNING CASES TO
DISTRICT JUDGE BRIAN C. LEA

Administrative Order: 2026-04

The following matters currently assigned to District Judge Thomas L. Parker are to be reassigned to District Judge Brian C. Lea.

## CIVIL CASES

1. 20-2482
2. 21-2730
3. 22-2464
4. 22-2655
5. 22-2762
6. 23-2368
7. 23-2447
8. 24-2003
9. 24-2251
10. 24-2375
11. 24-2406
12. 24-2433
13. 1:24-2468
14. 24-2485
15. 24-2556
16. 24-2812
17. 24-2844
18. 24-2868
19. 24-2906
20. 24-2927
21. 24-2950
22. 24-3012
23. 25-2184
24. 25-2250
25. 25-2265
26. 25-2293
27. 25-2358
28. 25-2375
29. 25-2413
30. 25-2418
31. 25-2433
32. 25-2434
33. 25-2641
34. 25-2681
35. 25-2713
36. 25-2737
37. 25-2747
38. 25-2759
39. 25-2761
40. 25-2772
41. 25-2776
42. 25-2802
43. 25-2824
44. 25-2831
45. 25-2846
46. 25-2873
47. 25-2886
48. 25-2892
49. 25-2900
50. 25-2902
51. 25-2904
52. 25-2907
53. 25-2913
54. 25-2917
55. 25-2921
56. 25-2922
57. 25-2936
58. 25-2939
59. 25-2941
60. 25-2955
61. 25-2958
62. 25-2963
63. 25-2979
64. 25-2985
65. 25-3000
66. 25-3011
67. 25-3014
68. 25-3017
69. 25-3024
70. 25-3030
71. 25-3047
72. 25-3062
73. 25-3064
74. 25-3077
75. 25-3086
76. 25-3102
77. 25-3103
78. 25-3116
79. 25-3124
80. 25-3130
81. 25-3133
82. 25-3139
83. 25-3151
84. 25-3153
85. 25-3159
86. 25-3177
87. 25-3181
88. 26-2009
89. 26-2013
90. 26-2031

| | | |
|---|---|---|
| 91. 26-2040 | 98. 26-2091 | 105. 26-2152 |
| 92. 26-2041 | 99. 26-2095 | 106. 26-2170 |
| 93. 26-2056 | 100. 26-2099 | 107. 26-2177 |
| 94. 26-2059 | 101. 26-2116 | 108. 26-2188 |
| 95. 26-2078 | 102. 26-2117 | 109. 26-2190 |
| 96. 26-2082 | 103. 26-2129 | 110. 26-2204 |
| 97. 26-2084 | 104. 26-2137 | |

## CRIMINAL CASES

1. 24-20127
2. 25-20044
3. 25-20172
4. 25-20268
5. 25-20291
6. 25-20436
7. 26-20007
8. 26-20012
9. 26-20023
10. 26-20035
11. 26-20037
12. 26-20040
13. 26-20042
14. 26-20064
15. 26-20068

**SO ORDERED**, this 4th day of March, 2026.

s/ *[signature]*
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE